BARNES & THORNBURG LLP
Eric J. Beste, CA SBN 226089
*Eric.Beste@btlaw.com*
655 W. Broadway, Suite 1300
San Diego, CA 92101
Telephone: (619) 321-5015
Facsimile:  (310) 284-3894

*Attorneys for Defendant,*
*Nissan North America, Inc.*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISION WORKS IP CORP., a Washington corporation, <br><br> Plaintiff, <br><br> v. <br><br> NISSAN NORTH AMERICA, INC., a Delaware corporation, <br><br> Defendant. | Case No.  3:22-cv-00301-BAS-BGS <br><br> **NISSAN NORTH AMERICA, INC.'S CORPORATE DISCLOSURE STATEMENT** <br><br> Complaint Filed: March 4, 2022 <br> Judge: Hon. Cynthia A. Bashant |

Pursuant to Civil Local Rule 40.2 and Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant Nissan North America, Inc. ("Nissan"), states that Nissan has a parent company, Nissan Motor Co., Ltd., and is a wholly owned subsidiary of Nissan Motor Co., Ltd.  No publicly held corporation owns 10% or more of Nissan stock.

Dated:     April 4, 2022                    BARNES & THORNBURG LLP


By: *Eric J. Beste*
                                                   Eric J. Beste
                                                   *Attorneys for Defendant,*
                                                   *Nissan North America, Inc.*