**BARNES & THORNBURG LLP**
Eric J. Beste (CA Bar No. 226089)
*Eric.Beste@btlaw.com*
655 West Broadway, Suite 1300
San Diego, CA 92101
Telephone: (619) 321-5015
Facsimile: (310) 284-3894

*Attorneys for Defendant,*
*Nissan North America, Inc.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISION WORKS IP CORP., <br><br> Plaintiff, <br><br> v. <br><br> NISSAN NORTH AMERICA, INC. <br><br> Defendant. | Case No. 3:22-cv-0301-BAS-BGS <br><br> **NISSAN NORTH AMERICA, INC.'S NOTICE OF PARTIES WITH FINANCIAL INTEREST** <br><br> Complaint Filed: March 4, 2022 <br> Judge: Hon. Cynthia A. Bashant |

Pursuant to Civil Local Rule 40.2, Defendant Nissan North America, Inc. submits this notice of the following parties having a direct, pecuniary interest in the outcome of this case:

1.   Defendant Nissan North America, Inc., and

2.   Nissan Motor Group, Ltd.

Respectfully submitted,

Dated:   April 4, 2022

**BARNES & THORNBURG LLP**

/s/ *Eric J. Beste*
Eric J. Beste
*Attorneys for Defendant,*
*Nissan North America, Inc.*